AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

### SOUTHERN DISTRICT OF OHIO

United States of America )
v. )
**MATTHEW JONES** )

Case No: 1:13-CR-91-004

USM No: 71602-061

Date of Original Judgment:        07/31/2014 )
Date of Previous Amended Judgment: _____ )
*(Use Date of Last Amended Judgment if Any)* )

Laura E. Byrum, Esq.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    70    months **is reduced to**    60 MONTHS    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    07/31/2014    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:        07/27/2015

_____
*Judge's signature*

Effective Date:        11/01/2015
*(if different from order date)*

Sandra S. Beckwith, Senior Judge
*Printed name and title*